UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| KIRSHA BROWN, | 2:10-CV-00776-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| CLARK COUNTY SOCIAL SERVICES, | |
| Defendant. | |

Before the Court for consideration is Plaintiff Kirsha Brown's Complaint (Doc. #1), filed on May 6, 2010. On June 9, 2010, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #2) recommending that Plaintiff Kirsha Brown's Complaint (Doc. #1) should be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-9 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #2) are Affirmed and Plaintiff Kirsha Brown's Complaint (Doc. #1) is **DISMISSED** with prejudice.

DATED: June 21, 2010.

_____
PHILIP M. PRO
United States District Judge